■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIE MCDOWELL, Appellant. [998 NYS2d 190]—

Order, Supreme Court, New York County (Marcy L. Kahn, J.), entered on or about May 25, 2012, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The resentencing court providently exercised its discretion in determining that substantial justice required the denial of defendant's motion. In addition to the underlying drug crime, defendant has a history of violent crimes, the most recent of which involved a stabbing, committed while defendant was on parole. This demonstrates defendant's inability to control his behavior (*see e.g. People v Neely*, 99 AD3d 578 [1st Dept 2012], *lv denied* 20 NY3d 1011 [2013]). Defendant's criminal history outweighs his positive prison record, as his prior incarceration and completion of rehabilitative programs did not stop him from reverting to violence in the past. Thus, the resentencing court correctly noted that defendant's and the community's interests would best be served by ongoing parole supervision, rather than by a reduction in sentence that would leave defendant unsupervised. Defendant also absconded during trial for the underlying offense in this case after providing the court with false contact information, which further weighs against resentencing. Concur—Mazzarelli, J.P., DeGrasse, Manzanet-Daniels, Feinman and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR BARBOSA, Appellant. [998 NYS2d 129]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about January 23, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., DeGrasse, Manzanet-Daniels, Feinman and Gische, JJ.